# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: Christopher Geiger )
Attorney at Law, Bar No. 9029 )
)  Case No.: 2:16-ms-83
)
)  **ORDER OF DISBARMENT**
)
)
)
)

On October 20, 2016, this Court entered an Order to Show Cause Disbarment, mailed via certified mail with a Certified Mail Return Receipt date of delivery of October 22, 2016. The Order to Show Cause provided Mr. Geiger with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. Geiger. Failure to respond within 30 days warrants an Order of Disbarment. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Christopher Geiger, Nevada State Bar #9029, is hereby **DISBARRED** from practice in United States District Court for the District of Nevada.

**DATED** this 28 day of November, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this <u>29th</u> day of November, 2016, I caused to be served a true and correct copy of the foregoing ORDER to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Christopher Geiger
    5917 Mt. Auburn Street
    Las Vegas, NV 89130

Certified Mail No.:   7016 2070 0000 6879 6979

    <u>/s/</u>
    Deputy Clerk
    United States District Court,
    District of Nevada